**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MAYNOR MURCIA,

                 Petitioner,

       v.

MARK BOWEN, et al.,

               Respondents.

Case No. 5:26-cv-01996-PA-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall immediately release petitioner Maynor Murcia (A# 072-316-286) from immigration custody, subject to appropriate conditions of supervision; (3) respondents shall return any confiscated property and documents to petitioner upon his release; (4) respondents are enjoined from re-detaining petitioner unless they comply

//

//

with 8 C.F.R. §§ 241.13(i) and 241.4(l); and (5) respondents shall file a status report no later than 3 court days from the date of this Order regarding their compliance with this Order.


Dated:  June 2, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE