JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MAYNOR MURCIA,

    Petitioner,

    v.

MARK BOWEN, et al.,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-01996-PA-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated:  June 2, 2026

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE